The Honorable Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH KORLEY MARTEY, | Case No. 2:19cv1262 RSL |
| Plaintiff, | JOINT STIPULATION AND ORDER FOR EXTENSION OF ANSWER DEADLINE |
| v. | |
| MICHAEL RICHARD POMPEO, et al. | |
| Defendants. | |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from December 6, 2019 to February 4, 2020. Good cause exists for the requested extension. Plaintiff was recently re-interviewed by a consular officer and was requested to provide updated documents and information. The extension will provide plaintiff with additional time to comply with the request. The additional time will also allow the parties to discuss the possible resolution of this matter.

//

//

JOINT STIPULATION AND ORDER FOR EXTENSION OF
DEADLINES [2:19cv1262 RSL] PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated: December 6, 2019

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Bart Klein*  
BART KLEIN WSBA #10909  
Law Offices of Bart Klein  
605 First Avenue South, Suite 500  
Seattle, WA 98104  
Tel.: (206) 624-3787  
Fax: (206) 624-6371  
bart.klein@bartklein.com

*/s/ Priscilla T. Chan*  
PRISCILLA T. CHAN, WSBA #28533  
Assistant United States Attorney  
United States Department of Justice  
700 Stewart Street, Suite 5220  
Seattle, WA 98101-1271  
Tel.: (206) 553-7970  
Fax: (206) 553-4073  
Email: priscilla.chan@usdoj.gov

*Attorney for Plaintiff*

*Attorney for Defendants*

## ORDER

The parties having so stipulated, the above is SO ORDERED. Defendants' Answer is due on February 4, 2020. The Clerk is directed to send copies of the Order to all counsel of record.

Dated this 9th day of December, 2019.

ROBERT S. LASNIK
United States District Judge