The Honorable Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SETH KORLEY MARTEY,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL RICHARD POMPEO, et al.<br><br>            Defendants. | Case No. 2:19cv1262 RSL<br><br>SECOND STIPULATION AND ORDER FOR EXTENSION OF ANSWER DEADLINE<br><br>~~[PROPOSED]~~<br><br>Noted for Consideration:<br>January 29, 2020 |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from February 4, 2020 to April 3, 2020. Good cause exists for the requested extension as the extension will allow Plaintiff additional needed time to comply with the consular officer's request for more information. The additional time will also allow the parties to continue discussing the possible resolution of this matter.

//

//

//

SECOND STIPULATION AND ORDER FOR EXTENSION OF
DEADLINES [2:19cv1262 RSL] PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Dated: January 29, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/ Bart Klein
BART KLEIN WSBA #10909
Law Offices of Bart Klein
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
bart.klein@bartklein.com

/s/ Priscilla T. Chan
PRISCILLA T. CHAN, WSBA #28533
Assistant United States Attorney
United States
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Tel.: (206) 553-7970
Fax: (206) 553-4073
Email: priscilla.chan@usdoj.gov

*Attorney for Plaintiff*

*Attorney for Defendants*

## ORDER

The parties having so stipulated, the above is SO ORDERED. Defendants' Answer is due on April 3, 2020. The Clerk is directed to send copies of the Order to all counsel of record.

DATED this 31st day of January 2020.

ROBERT S. LASNIK
United States District Judge

SECOND STIPULATION AND ORDER FOR EXTENSION OF
DEADLINES [2:19cv1262 RSL]   PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970