District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH KORLEY MARTEY,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD POMPEO, *et al.*,<br><br>    Defendants. | No. C19-01262 RSL<br><br>THIRD STIPULATION AND ORDER FOR EXTENSION OF ANSWER DEADLINE |

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from April 3, 2020 to June 2, 2020. Good cause exists for the requested extension. The parties are discussing the possible resolution of this matter after Plaintiff completes the interview process at the Consulate and the Department of State ("State") has time for processing. However, due to the COVID-19 pandemic, State temporarily suspended all routine visa services at all U.S. Embassies and Consulates effective 3/20/20, without an identified date for resumption of routine visa services.

Accordingly, the Parties respectfully request an extension of the deadline for Defendants' Answer until June 2, 2020.

//
//

THIRD STIPLUATION AND ORDER FOR EXTENSION
OF DEADLINE (C19-01262 RSL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

| | |
|---|---|
| Dated: March 31, 2020 | Respectfully submitted, |
| | United States Attorney's Office |
| *s/ Bart Klein* | */s/ Michelle R. Lambert* |
| BART KLEIN WSBA #10909 | MICHELLE R. LAMBERT |
| Law Offices of Bart Klein | NYS#4666657 |
| WSBA # 10909 | Assistant United States Attorney |
| 605 First Avenue South, Suite 500 | United States Department of Justice |
| Seattle, WA 98104 | 1201 Pacific Avenue, Suite 700 |
| Tel.: (206) 624-3787 | Tacoma, WA 98402 |
| Fax: (206) 624-6371 | Tel.: (253) 428-3824 |
| Bart.Klein@bartklein.com | Email: michelle.lambert@usdoj.gov |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

## ORDER

The parties having so stipulated, the above is SO ORDERED. Defendants' Answer is due on June 2, 2020.

Dated this 1st day of April, 2020.

*[signature]*
ROBERT S. LASNIK
United States District Judge