District Judge Robert S. Lasnik

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14

| | |
|---|---|
| SETH KORLEY MARTEY, | No. C19-01262 RSL |
| Plaintiff, | FIFTH STIPULATION AND ORDER FOR EXTENSION OF ANSWER DEADLINE |
| v. | |
| MICHAEL RICHARD POMPEO, *et al.*, | |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26

The Parties, through undersigned counsel, hereby STIPULATE and AGREE that Defendants' Answer may be extended from August 3, 2020 to October 2, 2020.  Good cause exists for the requested extension.  The parties are discussing the possible resolution of this matter after Plaintiff completes the interview process at the Consulate and the Department of State ("State") has time for processing.  However, due to the COVID-19 pandemic, State temporarily suspended all routine visa services at all U.S. Embassies and Consulates effective 3/20/20, and the U.S. Embassy in Ghana continues without an identified date for resumption of routine visa services.  State is unaware of any developments with Plaintiff's visa application since the last update and this is unlikely to change until the suspension of routine visa services ends.

27

FIFTH STIPLUATION AND ORDER FOR EXTENSION
OF DEADLINE (C19-01262 RSL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

Accordingly, the Parties respectfully request an extension of the deadline for Defendants' Answer until October 2, 2020.

Dated: August 3, 2020

Respectfully submitted,

United States Attorney's Office

*s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com

*Attorney for Plaintiffs*

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Department of Justice
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Defendants*

## ORDER

The parties having so stipulated, the above is SO ORDERED.  Defendants' Answer is due on October 2, 2020.

DATED this 4th day of August, 2020.

Robert S. Lasnik
United States District Judge

FIFTH STIPLUATION AND ORDER FOR EXTENSION
OF DEADLINE (C19-01262 RSL) - 2