UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH KORLEY MARTEY,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL RICHARD POMPEO, *et al.*,<br><br>  Defendants. | No. C19-01262 RSL<br><br>JOINT STIPULATION AND<br>ORDER HOLDING<br>CASE IN ABEYANCE |

   Plaintiff brings this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to adjudicate the immigration visa application of Plaintiff's daughter. Dkt. No. 1.  Defendants have yet to answer the Complaint.

   The Parties submit that there is good cause to hold this case in abeyance until January 15, 2021.  The parties are discussing the possible resolution of this matter after Plaintiff completes an interview before a consular officer at the Consulate, which is currently scheduled for January 4, 2021.  Because this may lead to complete resolution of this litigation without the need for further judicial intervention, the Parties agree that this case should be held in abeyance until the interview is completed.

   Accordingly, the parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST that the Court hold this case in abeyance, and order the parties to file a joint status report on or before January 15, 2021.

JOINT STIPLUATION AND ORDER
(C19-01262 RSL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Dated: October 1, 2020

Respectfully submitted,

| | |
|---|---|
| | BRIAN T. MORAN<br>United States Attorney |
| *s/ Bart Klein*<br>BART KLEIN WSBA #10909<br>Law Offices of Bart Klein<br>WSBA # 10909<br>605 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Tel.: (206) 624-3787<br>Fax: (206) 624-6371<br>Bart.Klein@bartklein.com | */s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT<br>NYS#4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, WA 98402<br>Tel.: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

### ORDER

The parties having so stipulated, the above is SO ORDERED.  The Parties shall file a joint status report on or before January 15, 2021.

Dated this 2nd day of October, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge

JOINT STIPLUATION AND ORDER
(C19-01262 RSL) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800