UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH KORLEY MARTEY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD POMPEO, *et al.*,<br><br>Defendants. | No. C19-01262 RSL<br><br>SECOND JOINT STIPULATION AND ORDER HOLDING<br>CASE IN ABEYANCE |

Plaintiff brings this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel Defendants to adjudicate the immigration visa application of Plaintiff's daughter. Dkt. No. 1.  Defendants have yet to answer the Complaint.  On October 2, 2020, the Court granted the Parties' request to hold this case in abeyance until after the interview of Plaintiff's daughter then-scheduled for January 4, 2021.  Dkt. No. 19.  However, though the interview was conducted, another interview was necessary, which was scheduled for January 11, 2021 but now rescheduled for March 31, 2021.

JOINT STIPLUATION AND ORDER
(C19-01262 RSL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

The Parties submit that there is good cause to continue to hold this case in abeyance until for an additional ninety days. The parties are discussing the possible resolution of this matter after the interview is completed before a consular officer at the Consulate. Because this may lead to complete resolution of this litigation without the need for further judicial intervention, the Parties agree that this case should be held in abeyance until the interview is completed.

Accordingly, the Parties hereby STIPULATE AND AGREE, AND JOINTLY REQUEST that the Court hold this case in abeyance, and order the Parties to file a joint status report on or before April 15, 2021.

Dated: January 15, 2021

Respectfully submitted,

|  |  |
|---|---|
|  | BRIAN T. MORAN<br>United States Attorney |
| *s/ Bart Klein*<br>BART KLEIN WSBA #10909<br>Law Offices of Bart Klein<br>WSBA # 10909<br>605 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Tel.: (206) 624-3787<br>Fax: (206) 624-6371<br>Bart.Klein@bartklein.com | */s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT<br>NYS#4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, WA 98402<br>Tel.: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

JOINT STIPLUATION AND ORDER
(C19-01262 RSL) - 2

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**ORDER**

The Parties having so stipulated, the above is SO ORDERED.  The Parties shall file a joint status report on or before April 15, 2021.

Dated this 19th day of January, 2021.

*/s/ Robert S. Lasnik*

ROBERT S. LASNIK
United States District Judge

JOINT STIPLUATION AND ORDER
(C19-01262 RSL) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800