UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH KORLEY MARTEY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD POMPEO, *et al.*,<br><br>Defendants. | No. C19-01262 RSL<br><br>STIPULATED ORDER FOR DISMISSAL |

The above-captioned action having been resolved, all parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear their own fees or costs.

//

//

//

//

//

//

//

//

STIPULATED ORDER OF DISMISSAL
(C19-01262 RSL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Dated: April 15, 2021

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*s/ Bart Klein*
BART KLEIN WSBA #10909
Law Offices of Bart Klein
WSBA # 10909
605 First Avenue South, Suite 500
Seattle, WA 98104
Tel.: (206) 624-3787
Fax: (206) 624-6371
Bart.Klein@bartklein.com

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorney for Plaintiff*

*Attorney for Defendants*

STIPULATED ORDER OF DISMISSAL
(C19-01262 RSL) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulated Order for Dismissal is GRANTED.  The case is dismissed without prejudice with each party to bear their own costs.

SO ORDERED.

Dated this 19th day of April, 2021.

*[signature]*
ROBERT S. LASNIK
United States District Judge

STIPULATED ORDER OF DISMISSAL
(C19-01262 RSL) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800